**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND, et al.,

                Petitioners,                          18 **CIVIL** 5824 (VSB)(BCM)

      -against-                                **JUDGMENT**

SEAGULL SERVICE CORP., doing business
as SEAGULL CONSTRUCTION SERVICES,
                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 13, 2022, the Report and Recommendation is ADOPTED in its entirety. The Petition is granted and the arbitration award is confirmed. Petitioners are awarded $66,570.26, plus post-judgment interest, at the rate provided for by 28 U.S.C. § 1961, from the date of the entry of judgment until it is paid; accordingly, the case is closed.

**Dated:**  New York, New York
          June 14, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                            **BY:**  *K. Mango*
                                                        **Deputy Clerk**